**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MIKE L. TAYLOR                                                                                              PLAINTIFF

v.                                              No. 4:10CV01141 JLH

UNION PACIFIC RAILROAD                                                                          DEFENDANT

## ORDER

The Initial Scheduling Order was filed in this matter on September 23, 2010, and instructed the parties to file their Rule 26(f) Report by December 15, 2010. The report has not been filed. Therefore, the parties are directed to file their Rule 26(f) Report by Monday, January 24, 2011.

IT IS SO ORDERED this 13th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE