**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MIKE L. TAYLOR                                                                                                PLAINTIFF

v.                                    Case No. 4:10CV01141 JLH

UNION PACIFIC RAILROAD                                                                        DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Union Pacific Railroad on the claims of Mike L. Taylor. The complaint of Mike L. Taylor is dismissed with prejudice.

IT IS SO ORDERED this 9th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT